UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**PARRISH NAMES,**

    **Plaintiff,**

**v.**                                                       **Case No: 2:12-CV-300-FtM-29SPC**

**KIRKWOOD ELECTRIC, INC.,**

    **Defendant.**

_____/

## ORDER

      This matter comes before the Court on Plaintiff's Motion for Clerk's Default Against Defendant Kirkwood Electric, Inc., A Florida Corporation (Doc. #9) filed on July 11, 2012 and Plaintiff's Motion for Clerk's Default Against Defendant Kirkwood Electric, Inc., A Florida Corporation (Doc. #10) filed on July 12, 2012. Plaintiff moves for entry of clerk's default against Defendant because it failed to respond to his Complaint within 21 days as allowed by the Federal Rules. Before the clerk can enter default, the court must determine whether service was valid. See Tyco Fire & Sec., LLC v. Alcocer, 218 F. App'x 860, 864 (11th Cir. Feb. 22, 2007).

      As Plaintiff served Defendant in Florida and this Court is located in Florida, Plaintiff must show that service was sufficient under Florida or federal law. Berenato v. Tankel, 2011 WL 17619, *1 (M.D. Fla. Jan. 4, 2011). Pursuant to Pursuant to Fed R. Civ. P. 4(h), service upon a corporation is effected when:

> [u]nless otherwise provided by federal law, service upon a domestic
> or foreign corporation or upon a partnership or other unincorporated
> association that is subject to suit under a common name and from

>which a waiver of service has not been obtained and filed, shall be effected:
>
>(1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant. . .

The Florida Rules of Civil Procedure state that "at the time of personal service of process a copy of the initial pleading shall be delivered to the party upon whom service is made." Fla. R. Civ. P. 1.070. A corporation may be served by serving process on the president, vice president, the cashier, treasurer, secretary, general manager, any director, any officer or business agent residing in the state. Fla. Stat. § 48.081(1)(a-d). The conditions imposed by Florida Stat. § 48.081 must be strictly complied with. S.T.R. Industries, Inc. v. Hidalgo Corporation, 832 So. 2d 262, 263 (Fla. 3d DCA 2002); Richardson v. Albury, 505 So. 2d 521, 522-523 (Fla 2d DCA 1987). Here, Plaintiff filed his Complaint pursuant to the Fair Labor Standards Act. The return of service (Doc. #6) maintains that Plaintiff, acting through Attorney's Legal Services, Inc., personally served Martha S. Warchol, a registered agent of Defendant, on June 1, 2012. Having served an authorized agent, service is deemed effective upon the corporation under the Federal Rules and Florida law.

    Now that it is established that service was proper, the Court will evaluate the Federal Rules of Civil Procedure in regard to a defendant who fails to answer a complaint. Under Fed. R. Civ. P. 55 (a), default is justified "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default." Under the Federal Rules, an answer to Plaintiff's Complaint was due to be filed

within 21 days. To date, Defendant has not filed a responsive pleading. As such, Plaintiff's Motion is due to be granted pursuant to Federal Rule 55(a).

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Clerk's Default Against Defendant Kirkwood Electric, Inc., A Florida Corporation (Doc. #10) is **GRANTED**. The Clerk is directed to enter a clerk's default against Defendant. Plaintiff's Motion for Clerk's Default Against Defendant Kirkwood Electric, Inc., A Florida Corporation (Doc. #9) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record